■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BIENVENIDO CASTILLO, Appellant. [41 NYS3d 417]—

Order, Supreme Court, New York County (Roger S. Hayes, J.), entered October 13, 2015, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's motion for resentencing (*see People v Sosa*, 18 NY3d 436, 442-443 [2012]; *People v Paulin*, 17 NY3d 238, 244 [2011]). Defendant was involved in a drug trafficking operation, murdered a police officer to avoid arrest, and is serving very lengthy state and federal sentences in addition to the sentence at issue. In addition, he has committed numerous and increasingly serious prison disciplinary infractions. Concur—Mazzarelli, J.P., Renwick, Richter, Manzanet-Daniels and Feinman, JJ.